UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                              )
    Kevin C. Clenna                            )    Case No. 12 B 00475
                                                )
                                                )
                                                )

**FINAL PRETRIAL ORDER ON MOTION TO USE CASH COLLATERAL, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND MOTION TO VALUE COLLATERAL AND TO DETERMINE EXTENT AND SECURED STATUS OF CLAIM**

*The following provisions will govern the future course of these proceedings. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Responses to all motions, to the extent not previously responded to, shall be filed on or before **June 21, 2012** and shall not exceed ten pages without prior approval of the court. Replies, if any, to all motions may be filed on or before **July 5, 2012** and shall not exceed five pages.

All discovery in all motions shall be completed by **August 10, 2012**. Discovery requests shall be made in sufficient time before this deadline to allow responses to be timely served before the cut-off.

Counsel for all parties are hereby ordered to confer and together prepare and file with the court on or before **August 22, 2012**, a **joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information for all motions:

    1. A brief statement of the theory of each claim and each defense;
    2. A statement of stipulated facts in numbered paragraphs;
    3. A statement in numbered paragraphs setting out the material facts which are in dispute;
    4. Each party's list of witnesses with any objections noted, stating grounds;
    5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

Each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit will be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial is set for **August 29, 2012**, at **10:00 a.m.** in Courtroom 615
Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

ENTER:

*[signature]*

Hon. Janet S. Baer
United States Bankruptcy Judge

Dated: 3 1 MAY 2012